# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHEIDA HUKMAN,<br><br>    Plaintiff(s),<br><br>v.<br><br>WESTWARD DOUGH HOLDING CO., LLC,<br><br>    Defendant(s). | Case No. 2:24-cv-00077-RFB-BNW<br><br>**Order** |

An early neutral evaluation is set for May 22, 2024.  Docket No. 15.  "The evaluating magistrate judge . . . may exempt any case from early neutral evaluation on the judge's own motion."  Local Rule 16-6(c).  "These orders are not appealable."  *Id.*  Having reviewed the parties' evaluation statements, proceeding with the early neutral evaluation would be futile in this case.  Accordingly, the early neutral evaluation is **VACATED**.  The Clerk's Office is **INSTRUCTED** to remove the ENE flag from this case and to remove the undersigned as the settlement judge.

IT IS SO ORDERED.

Dated: May 17, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1