| | |
|---|---|
| 1 | Thane Williams |
| 2 | (Nev. SBN 15991) |
| 3 | LITCHFIELD CAVO LLP |
|   | 3993 Howard Hughes Pkwy Ste. 100 |
| 4 | Las Vegas, NV 89169 |
| 5 | Tel: (702) 949-3100 |
|   | Email: WilliamsT@litchfieldcavo.com |

Bradley E. Faber
(Illinois. SBN 6294239)
LITCHFIELD CAVO LLP
303 West Madison Street
Tel: (312) 781-6677
Email: faber@litchfieldcavo.com
 *Pro Hac Vice Pending

Attorneys Defendant,
Westward Dough Holding Co, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHEIDA HUKMAN, | Case No.: 2:24-cv-00077-RFB-BNW |
| Plaintiff, | **MOTION FOR REQUEST FOR REMOVAL FROM CM/ECF SERVICE LIST** |
| vs. | |
| WESTWARD DOUGH HOLDING CO, LLC | |
| Defendants. | Complaint Filed: January 8, 2024 |

TO:   CLERK OF COURT; and

TO:   ALL COUNSEL OF RECORD.

   Defendant, Westward Dough Holding Co, LLC**,** by and through its attorneys of record, the law firm of Litchfield Cavo LLP, hereby submits this motion for an Order granting the Request for Removal

-2-
**MOTION FOR REQUEST FOR REMOVAL FROM CM/ECF SERVICE LIST**

of Thomas A. Larmore, Esq. from the service list.

    Mr. Larmore is no longer associated with Litchfield Cavo LLP and therefore Defendant respectfully request this Motion be granted with an Order directing the Clerk of the Court to remove Thomas A. Larmore, Esq. from the CM/ECF Service List.

DATED: April 4, 2025            LITCHFIELD CAVO LLP

By:   */s/ Thane A. Williams*
      Thane A. Williams, Esq.
      Attorneys For Defendant,
      Defendant Westward Dough Holding Co, LLC

**IT IS SO ORDERED**.

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 4/7/2025

-3-
**MOTION FOR REQUEST FOR REMOVAL FROM CM/ECF SERVICE LIST**

# CERTIFICATE OF SERVICE

As an employee of LITCHFIELD CAVO, LLP, I certify that a copy of the foregoing **MOTION FOR REQUEST FOR REMOVAL FROM CM/ECF SERVICE LIST** was served on April 4, 2025, by the method indicated:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☒ **BY ELECTRONIC SERVICE:** submitted to the above-entitled Court for electronic service upon the Court's Registered Service List for the above-referenced case.

    Sheida Hukman
    1001 E Sunset Road Unit 96321
    Las Vegas, NV 89193
    T: (213) 218-1536
    Email: shuckman987@gmail.com
    Plaintiff, *Pro Se*

☒ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

    */s/ Rhorie Silver*
    Rhorie Silver, Employee of Litchfield Cavo LLP

-3-
**MOTION FOR REQUEST FOR REMOVAL FROM CM/ECF SERVICE LIST**