**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

SHEIDA HUKMAN,

               Plaintiff,

    v.

WESTWARD DOUGH HOLDING CO, LLC,

               Defendant.

Case No. 2:24-cv-00077-RFB-BNW

**ORDER**

On March 10, 2025, the Court dismissed Plaintiff's complaint without prejudice and with leave to amend, giving Plaintiff until April 25, 2025 to file her amended complaint. ECF No. 43. On April 25, 2025, Plaintiff filed a motion for leave to amend her complaint. ECF No. 50. Because the Court granted Plaintiff leave to amend in its March 10 Order, Plaintiff need not seek leave from the Court to file her amended complaint. As such, the Court provides Plaintiff with instructions for amendment. She must file her amended complaint by May 12, 2025.

**I.    INSTRUCTIONS FOR AMENDMENT**

To help Plaintiff file a properly formatted complaint, the Court advises Plaintiff of the following requirements under the Federal Rules of Civil Procedure. The document must be titled "Amended Complaint." Plaintiff's amended complaint must be short and plain. FED. R. CIV. P. 8(a).

Additionally, the amended complaint must describe the underlying case and Defendant's involvement in the case. *See* FED. R. CIV. P. 8(a)(2). "Each allegation must be simple, concise, and direct." FED. R. CIV. P. 8(d)(1). Plaintiff "must state [her] claims . . . in numbered paragraphs, each limited as far as practicable to a single set of circumstances." FED. R. CIV. P. 10(b). "[E]ach claim founded on a separate transaction or occurrence . . . must be stated in a separate count." *Id.* Although the Federal Rules of Civil Procedure adopt a flexible pleading standard, Plaintiff still must give Defendant fair notice of Plaintiff's claims against them and of Plaintiff's entitlement to relief. Specifically, she must allege facts showing how each named defendant is involved and the

approximate dates of their involvement. Put another way, Plaintiff should tell the Court, in plain language, what Defendant allegedly did and when.

Finally, Plaintiff is advised that when she files an amended complaint, the original complaint no longer serves any function in this case. As such, the amended complaint must be complete in and of itself without reference to prior pleadings or other documents. *Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) (holding that "an amended pleading supersedes the original"). The Court cannot refer to a prior pleading or other documents to make Plaintiff's amended complaint complete. The amended complaint must contain all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this lawsuit.

## II.    CONCLUSION

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Leave to Amend (ECF No. 50) is **DENIED** as moot. Plaintiff's amended complaint is due **May 12, 2025**.

DATED: April 28, 2025

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE